In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00190-CR**
_____

**DAVID DEWAYNE GARRETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 128th District Court**
**Orange County, Texas**
**Trial Cause No. A170319-R**
_____

**MEMORANDUM OPINION**

A jury found appellant David Dewayne Garrett[1] guilty of burglary of a

habitation and assessed punishment as a previous felony offender at fifty-five years

of imprisonment and a $7500 fine. Garrett's appellate counsel filed a brief that

presents counsel's professional evaluation of the record and concludes the appeal is

---

[1]Although not an arguable issue, we note that appellant's middle name is
misspelled in the indictment and the trial court's judgment.

1

frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

On November 19, 2018, we granted an extension of time for Garrett to file a *pro se* brief. Garrett filed a *pro se* brief in response. The Court of Criminal Appeals has held that we need not address the merits of issues raised in an *Anders* brief or a *pro se* response. *Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). Rather, an appellate court may determine: (1) "that the appeal is wholly frivolous and issue an opinion explaining that it has reviewed the record and finds no reversible error[;]" or (2) "that arguable grounds for appeal exist and remand the cause to the trial court so that new counsel may be appointed to brief the issues." *Id.*

We reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support an appeal. *See id.* Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[2]

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice

---

[2]Garrett may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

Submitted on June 6, 2019
Opinion Delivered August 7, 2019
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.